```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 13-20877-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                        **O R D E R**

MAGALY GONZALEZ,

      Defendant,

and

BANK OF AMERICA, N.A.,

      Garnishee.

_____/

      THIS MATTER is before the Court upon the Report and Recommendation (DE 102) filed herein by United States Magistrate Judge Patrick M. Hunt. No Objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Report and Recommendation (DE 102) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted and ratified by the Court;

      2. Consistent with the terms of the Report and Recommendation (DE 102), the Government's Motion For Disposition Of the Judgement Debtor's Nonexempt Interest In The Property Identified By The Garnishee (DE 97) be and the same is hereby **GRANTED**; and

      3. Consistent with the terms of the Report and Recommendation (DE 102), Bank of America, the Garnishee, shall forthwith liquidate one-half of the funds in the Joint Account XXXXXXX8344;

      4. Consistent with the terms of the Report and Recommendation (DE 102), Bank of America, the Garnishee, shall deposit said monies with the Clerk of the Court. The Payment shall be by cashier's check and made payable to "Clerk, United States Courts," and should be delivered by mail or otherwise to: The Clerk of Court, United

States District Court for the Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128;

    5. The Clerk of the Court shall apply the funds received by the Garnishee to the outstanding restitution judgment imposed against Defendant Magaly Gonzalez in the above-styled cause in accordance with 18 U.S.C. § 3612. Upon depositing the funds with the Clerk of Court, the Writ of Garnishment (DE 81) dated August 20, 2014, and directed to Bank of America, N.A. shall be **DISSOLVED** and be of no further force or effect.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of June, 2016.

                                                     WILLIAM J. ZLOCH
                                                     United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record